No. 217. MASSACHUSETTS PROTECTIVE ASSN., INC. *v.* PICARD, ADMINISTRATRIX. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Frederick H. Nash, Richard B. Montgomery,* and *Claude R. Branch* for petitioner. *Messrs. Elias Goldstein, H. C. Walker, Jr.,* and *Leon*

*O'Quin* for respondent.

